UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SUNCHASE OF RIDGELAND, LTD,                                          PLAINTIFFS
EVEREST PINEBROOK, L.P.,
RAINBOW/RIDGELAND, LLC,
RR APARTMENTS, LLC,
JORDAN RIDGE, LLC and
OAKBROOK, LLC

v.                                    CIVIL ACTION NO.: 3:14-CV-00938-HTW-LRA

CITY OF RIDGELAND, MISSISSIPPI                                      DEFENDANTS

## CORPORATE DISCLOSURE STATEMENT OF OAKBROOK, LLC

Pursuant to Federal Rule of Civil Procedure 7.1 and Uniform Local Rule 7(c), Oakbrook,

LLC states that it is a Delaware limited liability company owned 100% by Haley Communities

Limited Partnership Fund No. 1, a Nebraska limited partnership.

DATED: February 17, 2015.

Respectfully submitted,
OAKBROOK, LLC

By its attorneys
McKAY LAWLER FRANKLIN
& FOREMAN, PLLC

By:/s/ R. Keith Foreman
R. Keith Foreman

R. Keith Foreman
Mississippi Bar No. 5421
Edward E. Lawler Jr.
Mississippi Bar No. 1095
McKAY LAWLER FRANKLIN
& FOREMAN, PLLC
Post Office Box 2488
Ridgeland, Mississippi 39158
Telephone: 601-572-8778
Telefax: 601-572-8440
kforeman@mckaylawler.com
elawler@mckaylawler.com

## CERTIFICATE OF SERVICE

I, R. Keith Foreman, hereby certify that I electronically filed the foregoing with the Clerk

of the Court using the ECF system which sent notification of such filing to the following:

Kelly D. Simpkins
Russell Latino, III
Wells Marble & Hurst, PLLC
Post Office Box 131
Jackson, MS 39205-0131
ksimpkins@wellsmar.com
rlatino@wellsmar.com

Jerry L. Mills
Pyle Mills Dye & Pittman
800 Avery Blvd. N., Suite 101
Ridgeland, MS 39157
jmills@pdmd.biz

Michael V. Cory, Jr.
Danks Miller Cory & Bridgers
213 S. Lamar Street (39201)
Post Office Box 1759
Jackson, MS 39215-1759
mc@dmc-law.net

R. Patrick McCraney
Lawrence M. Coco, III
McRaney CoCo & Lee, PLLC
800 Woodlands Parkway, Suite 107
Ridgeland, MS 39157
patrick@mclpllc.com

DATED: February 17, 2015.

/s/ R. Keith Foreman
R. Keith Foreman