IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**SUNCHASE OF RIDGELAND, LTD,**                              **PLAINTIFFS**
**EVEREST PINEBROOK, L.P.,**
**RAINBOW/RIDGELAND, LLC,**
**RR APARTMENTS, LLC,**
**JORDON RIDGE, LLC and**
**OAKBROOK, LLC**

V.                                                          NO.: 3:14-cv-0938-HTW-LRA

**CITY OF RIDGELAND, MISSISSIPPI**                             **DEFENDANT**

**CORPORATE DISCLOSURE STATEMENT**
**OF SUNCHASE OF RIDGELAND, LTD**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Uniform Local Rule 7(c), Sunchase of Ridgeland, LTD, states that it does not have a parent corporation and that there is no publicly held corporation that owns 10% or more of its stock.

**THIS** the 26th day of March, 2015.

                                                    Respectfully Submitted,

                                                    **SUNCHASE OF RIDGELAND, LTD**

                                                    By:/s/Michael V. Cory, Jr.
                                                       Michael V. Cory, Jr. (MSB #9868)

**OF COUNSEL:**
Michael V. Cory, Jr. (MSB #9868)
DANKS MILLER CORY & BRIDGERS
213 South Lamar Street
Jackson, Mississippi (39201)
Post Office Box 1759
Jackson, Mississippi 39215-1759
Telephone: 601.957.3101
Facsimile: 601.957.3160
Email: mc@dmc-law.net

## CERTIFICATE OF SERVICE

I, Michael V. Cory, Jr., hereby certify that on the 26th day of March, 2015, I filed the foregoing Notice of Service of Plaintiff's Corporate Disclosure Statement using the Court's ECF system which sent notification of such filing to the following:

R. Keith Foreman
Edward E. Lawler, Jr.
McKay Lawler Franklin & Foreman, PLLC
Post Office Box 2488
Ridgeland, Mississippi 39158

Kelly D. Simpkins
Russell Latino, III
Wells Marble & Hurst, PLLC
Post Office Box 131
Jackson, Mississippi 39205-0131

Jerry L. Mills
Pyle Mills Dye & Pittman
800 Avery Blvd N., Suite 101
Ridgeland, Mississippi 39157

R. Patrick McCraney
Lawrence M. Coco, III
McRaney CoCo & Lee, PLLC
800 Woodlands Parkway, Suite 107
Ridgeland, Mississippi 39157

**THIS** the 26th day of March, 2015.

/s/Michael V. Cory, Jr.
MICHAEL V. CORY, JR.