IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**SUNCHASE OF RIDGELAND, LTD,** *et al*                                         **PLAINTIFFS**

**vs.**                                  **CIVIL ACTION NO.: 3:14-CV-938-HTW-LRA**

**CITY OF RIDGELAND, MISSISSIPPI**                                           **DEFENDANT**

## ORDER RETURNING CASE TO ACTIVE DOCKET

BEFORE THIS COURT is the Motion to Reopen Case filed by the Plaintiffs **[Docket no. 156]**. This day, November 28, 2016, the court held a Telephonic Conference with all parties wherein the court discussed the above with all parties on record. A court reporter transcribed the hearing. This court adopts the transcript of that conversation as a part of this order.

This court has considered all of the submissions of the parties and is persuaded to GRANT Plaintiff's Motion to Reopen Case. **[Docket no. 156]**.

Further, this court ordered that the Defendant has until December 12, 2017, to file its motion to dismiss on the basis of mootness. This court also ordered that the Plaintiff has until December 12, 2017, to file a motion for leave to amend the complaint, along with an attached proposed amended complaint.

Finally, this court ordered that the parties are directed to review the outstanding motions in this matter and provide a status to this court by filing a letter through the CM/ECF system informing the court which motions that the parties intend to abandon and which are still live controversies.

**SO ORDERED** this 29th day of November, 2016.

s/ HENRY T. WINGATE_____
UNITED STATES DISTRICT COURT JUDGE