# WELLS MARBLE
## ATTORNEYS AT LAW

KELLY D. SIMPKINS *   T: 601.605.6940   F: 601.605.6901   ksimpkins@wellsmarble.com

*Admitted to practice in Mississippi and Tennessee

November 30, 2016

Judge Henry T. Wingate
501 E. Court Street, Suite 6.750
Jackson, Mississippi 39201

  **RE:** *Sunchase of Ridgeland, LTD, et al. v. City of Ridgeland, Mississippi;* In the United States District Court for the Southern District of Mississippi, Northern Division; Civil Action No. 3:14-CV-00938-HTW-LRA

Dear Judge Wingate:

  Pursuant to your order entered on November 29, 2016 [Dkt #157], we are hereby advising you of outstanding motions in this action that are still live controversies.

  In this action, the City of Ridgeland does not have any outstanding motions which it considers a live controversy. Regarding *BBC Baymeadows, LLC v. City of Ridgeland, Mississippi*, Civil Action No. 3:14-cv-676-HTW-LRA, there are no live controversies or orders in that case which should be considered live controversies in this action. In *Baymeadows*, Dkts #214 and #249 are appeals of the Magistrate's Judge's rulings in *Baymeadows*. However, the *Sunchase* Plaintiffs did not file its own pleadings or join in on any of *Baymeadows* pleadings regarding those motions and the subsequent appeal. The pleadings and orders entered regarding those controversies were filed only in the *Baymeadows* and not in *Sunchase*. *Baymeadows* is administratively closed, and as we advised the Court on Monday, we will be submitting a Judgment of Dismissal within the next few days. Accordingly, they would not be live controversies in this action. However, if the Court disagrees, we agree with Plaintiffs' counsel that such motions should be held in abeyance until Defendant's Motions to Dismiss are heard.

  With warm regards, we are

          Very truly yours,

          WELLS MARBLE & HURST, PLLC

        By: _____
          Kelly D. Simpkins

KDS:ag/256265